

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IHR SECURITY, LLC, | | No. 08-12-00227-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 14th District Court |
| | § | |
| INNOVATIVE BUSINESS | | of Dallas County, Texas |
| SOFTWARE, INC., | § | |
| | | (TC # DC-11-14117-A) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in that part of the trial court's judgment awarding IBS damages.  We therefore reverse that part of the judgment awarding IBS damages in the amount of $17,613.14 (Invoice D-10) and in the amount of $3,247.50 (Invoice D-7).  We further reverse that portion of the judgment awarding IBS accrued interest in the total amount of $4,399.86.  We remand the cause to the trial court for trial on IBS's breach of the License Agreement claim as it applies to Invoices D-7 and D-10, and to re-calculate the amount of accrued interest which should be awarded in the final judgment.

The remainder of the judgment is affirmed, in accordance with the opinion of this Court.

We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.